UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS JOINT COUNCIL NO. 25 TRAINING FUND<br><br>Plaintiff,<br><br>vs.<br><br>M.D. MILLER TRUCKING, INC.<br><br>Defendant. | Case No.: 08 CV 0106<br><br>Judge Gettleman |

## RULE 41(a) 1 NOTICE OF DISMISSAL

NOW COMES Plaintiff, Teamsters Joint Council No. 25 Training Fund, by Roger N. Gold, its attorney, and, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby gives notice of dismissal of the Complaint that has been filed in this matter. Plaintiff further states that the Defendant has not filed an answer as of the date of this Notice and therefore Rule 41(a)(1) provides that the Complaint may be dismissed without order of Court.

BY: _____
Roger N. Gold, Attorney for Plaintiff

Law Offices of Roger N. Gold, Ltd.
One South Dearborn, Suite 2100
Chicago, IL 60603
Telephone: (312) 212-4203
Telefax: (312) 212-4204

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008 I electronically filed the foregoing **Rule 41(A)(1) Notice of Dismissal** with the Clerk of the Court using the CM/ECF system and that a copy of the Notice was served upon Defendant via U. S. Mail by depositing same in the U.S. Mail at One South Dearborn, Chicago, Illinois, 60603 first class postage properly affixed, before the hour of 5:00 p.m., on May 8. 2008 addressed as follows:

      M. D. Miller Trucking, Inc.
      5215 Kingsbury Estates Dr.
      Plainfield, IL 60544

_____
Roger N. Gold